# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

MICHAEL AND LINDA JOHNSON, and )
LARRY AND PAMELA WILLIAMS, )
                                                )
    Plaintiffs, )
                                                )
v.                                              ) Case Number 6:19-cv-03274-BP
                                              )
CAPITAL RESORTS GROUP, LLC, et al. )
                                              )
    Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 21ST day of August, 2019, the plaintiff herein having filed a Plaintiff's Notice of Voluntary Dismissal Without Prejudice Under Rule 41(a)(1)(A)(i) of Defendants Trading Places International, Inc., Surrey Grand Crowne Resort Owners' Association, Inc., The Surrey Phase IV Owners' Association, Inc., And The Surrey Condominium Association, Inc. pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice as to the defendants listed above only.

                                                      AT THE DIRECTION OF THE COURT

                                                      Paige Wymore-Wynn, Clerk of Court
                                                        **/s/ Kelly McIlvain**
                                                        Deputy Clerk

Date:   August 23, 2019