# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

MICHAEL AND LINDA JOHNSON, and )
LARRY AND PAMELA WILLIAMS, )
)
Plaintiffs, )
)
v. ) Case Number 6:19-cv-03274-BP
)
CAPITAL RESORTS GROUP, LLC, et al. )
)
Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 2nd day of April 2021, the parties herein having filed a Stipulated Dismissal With Prejudice as to the remaining Defendants Capital Resorts Group, LLC and Capital Resorts Management, LLC, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed in its entirety with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
  **/s/ Kelly McIlvain**
  Deputy Clerk

Date:   April 14, 2021